1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

LISA JEAN HUGHES,

Case No.  CV 17-03544-RAO

12

Plaintiff,

13

v.

**JUDGMENT OF REMAND**

14

NANCY A. BERRYHILL, Deputy
Commissioner of Operations of Social
Security,

15

16

Defendant.

17

18

19

    In accordance with the Memorandum Opinion and Order filed concurrently

20

herewith,

21

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner

22

of Social Security is reversed and the matter is remanded to the Commissioner for

23

further proceedings consistent with the Memorandum Opinion and Order.

24

25

DATED:    May 14, 2018

                    /s/

26

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

27

28